IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OHIO CASUALTY INSURANCE CO.,

Plaintiff,

vs.

MADISON COUNTY, ILLINOIS, an Illinois municipal corporation, JOSEPH D. PARENTE, and

Defendants,

O'BRYAN CONSULTING, INC.,

Defendant/Third-Party Plaintiff,

vs.

ESSEX INSURANCE COMPANY,

Third-Party Defendant/Counter-Plaintiff,

vs.

MADISON COUNTY, ILLINOIS, an Illinois municipal corporation, JOSEPH D. PARENTE, and O'BRYAN CONSULTING, INC.,

Counter-Defendants.                    No. 03-CV-00350-DRH

**ORDER**

HERNDON, District Judge:

Given O'Bryan has not filed a response[1], the Court **GRANTS** Ohio Casualty Insurance Company's Motion to Voluntarily Dismiss Count II of its Third Amended Complaint for Declaratory Judgment **(Doc. 119)** and **DISMISSES** Count II **with** prejudice and without costs.

In addition, because all substantive counts between Ohio Casualty and O'Bryan Consulting, Inc., have been resolved, the Court **DENIES as moot** Plaintiff's Motion to Strike O'Bryan Consulting, Inc.'s Amended First Affirmative Defense **(Doc. 68)**.

Finally, the Court **GRANTS** Plaintiff's Motion for Entry of Judgment **(Doc. 123)** and **DIRECTS** the Clerk to enter Judgment in this case.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2005.

/s/ David RHerndon

United States District Judge

---

[1] **LOCAL RULE 7.1(c)** provides, in pertinent part, "[a]n adverse party shall have **thirty (30) days** after the service (*see* FED. R. CIV. P. 6) of the movant's motion in which to serve and file an answering brief. Failure to timely file an answering brief to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **S.D. ILL. LOCAL RULE 7.1(c)**.